**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Bronwyn A. Hanaway, | § § | Case No. 25-11563-AMC |
| Debtor. | § § § § | |

**ORDER REQUIRING THE RETURN OF FEES AND CANCELLING
ENGAGEMENT LETTER PURSUANT TO 11 U.S.C. § 329
AND BANKRUPTCY RULE 2017**

Upon the *Motion Of The United States Trustee For Entry Of An Order Requiring The Return Of Fees And Cancelling Engagement Letter Pursuant To 11 U.S.C. § 329 And Bankruptcy Rule 2017* (the "Motion"),[1] and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and the Court finding that Counsel has not carried her burden of demonstrating that the Payments are reasonable, and good and sufficient cause appearing therefore, it is hereby:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. Counsel shall return the Payments to the Debtor within fourteen (14) days of entry of this Order.

3. Counsel shall file a verified statement certifying that all payments have been made within seven (7) days of delivery of the payments.

4. The Engagement Letter is hereby cancelled.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

6. Notwithstanding any stay that otherwise might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

Dated: _____

                                                     The Honorable Ashely M. Chan
                                                    United States Chief Bankruptcy Judge