Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 4160, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s}

1. Name(s) of appellant(s): __Bronwyn Hanaway__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - Plaintiff
   - Defendant
   - Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☒ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment-or the appealable order or decree-from which the appeal is taken:
   __Order denying motion to convert to Chapter 13__
2. State the date on which the judgment-or the appealable order or decree-was entered:
   __9/3/2025__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment-or the appealable order or decree-from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Christine Shubert, Chapter 7 Trustee__   Attorney: __Robert W. Seitzer, Esquire
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103__

2. Party: _____   Attorney: _____

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 9/7/2025

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sharon S. Masters
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]